No. 211. GEORGETOWN WATER, GAS & ELECTRIC Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Laurence Graves* and *Ike Lanier* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson, James W. Morris,* and *Lucius A. Buck* for respondent.

No. 63. MICHAEL ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. S. Wallace Dempsey* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 64. OREGON SHORT LINE R. Co. *v.* ROY. October 14, 1935. Petition for writ of certiorari to the Fifth Judicial District Court in and for Bannock County, Idaho, denied. *Mr. George H. Smith* for petitioner. *Mr. Roy L. Black* for respondent.

No. 65. ENGEBRETSON, TRUSTEE, *v.* MARCELL ET AL., TRUSTEES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Giller* for petitioner. *Messrs. W. H. Herdman* and *U. S. G. Cherry* for respondents.

No. 66. BINZEL *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to